# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 26, 2020

160452

CYNTHIA K. NEWMEYER and
LAWRENCE W. NEWMEYER,
       Plaintiffs-Appellants,

v

BANK OF AMERICA, INC. and FEDERAL
HOME LOAN MORTGAGE CORPORATION,
a/k/a FREDDIE MAC,
       Defendants-Appellees.

_____/

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

SC: 160452
COA: 343206
Kalamazoo CC: 2015-000368-CH

On order of the Court, the application for leave to appeal the August 22, 2019 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 26, 2020



Clerk

p0518